IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARION A. LOVING DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-459-WKW |
| | ) | [WO] |
| MICHAEL STRICKLAND, | ) | |
| PAMELA HARRIS, ELIZABETH | ) | |
| LASSITER, CEDRIC THOMAS, | ) | |
| and VENTRESS CORRECTIONAL | ) | |
| FACILITY, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On April 7, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 14.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED prior to service of process in accordance with 28 U.S.C. § 1915(e)(2)(b).

Final judgment will be entered separately.

DONE this 13th day of May, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE